AMENDED

**Fill in this information to identify the case:**

Debtor: Valley NM Realty LLC

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 24-14228

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Total claim: $_____    Priority amount: $_____

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Total claim: $_____    Priority amount: $_____

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Total claim: $_____    Priority amount: $_____

Debtor __Valley NM Realty LLC_____  Case number *(if known)* __24-14228__   AMENDED
     Name

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                    **Amount of claim**

**3.1**  **Nonpriority creditor's name and mailing address**  
Long Hill Township Tax Collector  
915 Valley Road  
Gillette, NJ, 07933  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** Property taxes  

$ 1,467.11

**Date or dates debt was incurred**  _____  
**Last 4 digits of account number**  _____  

**Is the claim subject to offset?**  
☑ No  
☐ Yes  

**3.2**  **Nonpriority creditor's name and mailing address**  
Phillip M. Natilli  
28 Court Street  
Freehold, NJ, 07728  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** Services  

$ 650.00

**Date or dates debt was incurred**  _____  
**Last 4 digits of account number**  _____  

**Is the claim subject to offset?**  
☑ No  
☐ Yes  

**3.3**  **Nonpriority creditor's name and mailing address**  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  

$ _____

**Date or dates debt was incurred**  _____  
**Last 4 digits of account number**  _____  

**Is the claim subject to offset?**  
☐ No  
☐ Yes  

**3.4**  **Nonpriority creditor's name and mailing address**  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  

$ _____

**Date or dates debt was incurred**  _____  
**Last 4 digits of account number**  _____  

**Is the claim subject to offset?**  
☐ No  
☐ Yes  

**3.5**  **Nonpriority creditor's name and mailing address**  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  

$ _____

**Date or dates debt was incurred**  _____  
**Last 4 digits of account number**  _____  

**Is the claim subject to offset?**  
☐ No  
☐ Yes  

**3.6**  **Nonpriority creditor's name and mailing address**  

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  

$ _____

**Date or dates debt was incurred**  _____  
**Last 4 digits of account number**  _____  

**Is the claim subject to offset?**  
☐ No  
☐ Yes

Debtor  Valley NMH Realty LLC                           Case number *(if known)* 24-14228
        _____
        Name

                                                                                                        **AMENDED**

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

                                                                                    **Total of claim amounts**

5a. **Total claims from Part 1**                                    5a.    $ 0.00

5b. **Total claims from Part 2**                                    5b.  + $ 2,117.11

5c. **Total of Parts 1 and 2**                                      5c.    $ 2,117.11
    Lines 5a + 5b = 5c.

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 3 of 3

**Fill in this information to identify the case:**

Debtor name: Valley NM Realty LLC

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 24-14228

☑ Check if this is an amended filing

AMENDED

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From ___ MM/DD/YYYY to Filing date | ☐ Operating a business ☐ Other | $_____ |
   | **For prior year:** From ___ MM/DD/YYYY to ___ MM/DD/YYYY | ☐ Operating a business ☐ Other | $_____ |
   | **For the year before that:** From ___ MM/DD/YYYY to ___ MM/DD/YYYY | ☐ Operating a business ☐ Other | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From ___ MM/DD/YYYY to Filing date | _____ | $_____ |
   | **For prior year:** From ___ MM/DD/YYYY to ___ MM/DD/YYYY | _____ | $_____ |
   | **For the year before that:** From ___ MM/DD/YYYY to ___ MM/DD/YYYY | _____ | $_____ |

Debtor    Valley NM Realty LLC
_____
Name

Case number *(if known)* 24-14228 _____

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____ Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____ Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **2**

Debtor  Valley NM Realty LLC  
　　　　Name

Case number (*if known*) 24-14228

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. _____  
　　　Creditor's name  
　　　_____  $_____

5.2. _____  
　　　Creditor's name  
　　　_____  $_____

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

_____  
Creditor's name  
　　　_____  $_____

Last 4 digits of account number: XXXX– _____

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending  ☐ On appeal  ☐ Concluded |
| | **Case number** | | | |
| | _____ | | | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending  ☐ On appeal  ☐ Concluded |
| | **Case number** | | | |
| | _____ | | | |

Official Form 207　　　**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**　　　page **3**

AMENDED

Debtor  Valley NM Realty LLC
_____  
Name

Case number *(if known)* 24-14228 _____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____<br>Custodian's name | _____ | $_____ |
| | **Case title**<br>_____ | **Court name and address**<br>_____<br>Name |
| | **Case number**<br>_____ | |
| | **Date of order or assignment**<br>_____ | |

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **4**

Debtor  Valley NM Realty LLC  
     Name

Case number (*if known*) 24-14228

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Karina P. Lucid<br><br>**Address**<br>1065 Route 22 West<br>Suite 2B<br>Bridgewater, NJ 08807<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?**<br>Natale Mazzaferro | We have collected $3,750.00 for legal fees plus $500 for reimbursement of expenses including filing fees, reports and mailing costs. | 03/24/2004 | $ 4,250.00 |
| 11.2.<br><br>**Address**<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | | $ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **Trustee** | | | $ |

Debtor __Valley NM Realty LLC_____   Case number (*if known*) __24-14228_____

Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ **None**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ Address Relationship to debtor _____ | | _____ | $_____ |
| 13.2. _____ Address Relationship to debtor _____ | | _____ | $_____ |

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ **Does not apply**

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| 14.2. | From _____ To _____ |

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page **6**

Debtor  Valley NM Realty LLC  
　　　　Name

Case number *(if known)* 24-14228

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| 15.2. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
　　Does the debtor have a privacy policy about that information?
　　☐ No
　　☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
　Yes. Does the debtor serve as plan administrator?
　　☐ No. Go to Part 10.
　　☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

　　Has the plan been terminated?
　　☐ No
　　☐ Yes

---

Official Form 207　　　**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**　　　page **7**

Debtor  Valley NM Realty LLC
_____
Name

Case number (*if known*) 24-14228
_____

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ❑ No<br>❑ Yes |
| | Address | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ❑ No<br>❑ Yes |
| | Address | | |

Debtor  Valley NM Realty LLC  
_____Name_____  
Case number (*if known*) 24-14228

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No  
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____<br>Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>_____ | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No  
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **9**

Debtor __Valley NM Realty LLC_____   Case number (*if known*) __24-14228_____
      Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Valley NM Realty LLC<br>Name<br>107 Hillcrest Road<br>Warren, NJ 07059 | Real estate | EIN: 20-4050886<br>**Dates business existed**<br>From 01/04/2006   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____   To _____ |

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **10**

Debtor   Valley NM Realty LLC  
_____  
Name

Case number (*if known*) 24-14228  
_____

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☑ None

   | Name and address | Dates of service |
   |---|---|
   | 26a.1. _____ <br> Name | From _____ <br> To _____ |
   | 26a.2. _____ <br> Name | From _____ <br> To _____ |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☑ None

   | Name and address | Dates of service |
   |---|---|
   | 26b.1. _____ <br> Name | From _____ <br> To _____ |
   | 26b.2. _____ <br> Name | From _____ <br> To _____ |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☑ None

   | Name and address | If any books of account and records are unavailable, explain why |
   |---|---|
   | 26c.1. _____ <br> Name | |

Official Form 207  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  page **11**

Debtor  Valley NM Realty LLC  
_____Name_____  

Case number (*if known*) 24-14228

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | _____<br>Name |

| | Name and address |
|---|---|
| 26d.2. | _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No  
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | _____<br>Name |

Debtor  Valley NM Realty LLC
_____
Name

Case number (*if known*) 24-14228
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ |  |
|  |  | _____ |  |
|  |  | _____ |  |
| Relationship to debtor _____ |  | _____ |  |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **13**

Debtor   Valley NM Realty LLC
     Name

Case number (*if known*) 24-14228

**Name and address of recipient**

30.2
   Name

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/07/2024
             MM / DD / YYYY

✗ /s/ Natale Mazzaferro        Printed name  Natale Mazzaferro
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

United States Bankruptcy Court
District of New Jersey

In re: Valley NM Realty LLC

Case No. 24-14228

Chapter 7

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/07/2024

/s/ Natale Mazzaferro
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor

AMENDED

Long Hill Township Tax Collector
915 Valley Road
Gillette, NJ 07933


Phillip M. Natilli
28 Court Street
Freehold, NJ 07728